IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SEKOU DORE | : | CIVIL ACTION |
| | : | |
| v. | : | No. 26-00203 |
| | : | |
| J.L. JAMISON, et al. | : | |

# ORDER

AND NOW, this 15th day of January, 2026, upon consideration of Petitioner Sekou Dore's Petition for Writ of Habeas Corpus (Dkt. No. 1), and the Government's opposition, and for reasons stated in the accompanying Memorandum, it is ORDERED that the Petition is **GRANTED** as follows:

1. Mr. Dore is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2);

2. The Government shall **RELEASE** Mr. Dore from custody immediately and shall certify compliance with this Order and accompanying Memorandum by filing on the docket no later than **5:00 P.M. EST on January 16, 2026**;

3. The Government is temporarily enjoined from re-detaining Mr. Dore for seven days following his release from custody;

4. If the Government chooses to pursue re-detention of Mr. Dore after the seven-day period, it must first provide him with a bond hearing, at which a neutral immigration judge shall determine whether detention is warranted pending the resolution of his removal proceedings; and

5. Pending the ordered bond hearing, the Government cannot remove, transfer, or otherwise facilitate the removal of Mr. Dore from the Eastern District of Pennsylvania before the bond hearing. If the immigration judge determines that Mr. Dore is subject to detention under 8 U.S.C. § 1226(a), the Government may request permission from

this Court to move Mr. Dore if unforeseen or emergency circumstances arise that require him to be transferred from the District. Any such request must include an explanation for the request as well as a proposed destination. The Court will then determine whether to grant the request and permit the transfer of Mr. Dore.

The Clerk of Court shall mark this case **CLOSED**.

                                      BY THE COURT:

                                      <u>/s/ Juan R. Sánchez</u>
                                      Juan R. Sánchez, J.